**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ANGEL RIVERA,**          ) | |
|     **Plaintiff,**      ) | |
|           ) | |
| **v.**          ) | |
|           ) | **CIVIL ACTION: 1:19-01037-KD-N** |
| **LT. MCNEAL,** *et al.***,**      ) | |
|     **Defendants.**      ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 24, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' motion for summary judgment is **DENIED**, and Plaintiff's Eighth Amendment claims should proceed against Defendants McNeal and Smith.

**DONE** and **ORDERED** this the **25th** day of **March 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**